**Ocean Title LLC**
1095 Broken Sound Pkwy NW
Ste 100
Boca Raton, FL 33487
(866) 202-8200

ALTA Combined Settlement Statement

| File #: | OT-12 | Property | 6251 66th Ave N | Settlement Date | 01/16/19 |
| --- | --- | --- | --- | --- | --- |
| Prepared: | 12/11/18 | | Pinellas Park, FL 33781 | Disbursement Date | 01/16/19 |
| Escrow Officer: | Isabel LoBuono | Buyer | Ten Stars Plus Investments, LLC | | |
| | | Seller | Douglas Menchise, BK Trustee for the estate of Carmen Santana | | |
| | | Lender | | | |

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Primary Charges & Credits** | | |
| | $125,000.00 | Sales Price of Property | $125,000.00 | |
| | | Deposit | | $25,000.00 |
| | | **Prorations/Adjustments** | | |
| | $925.05 | County Taxes 01/16/2019 to 12/31/2019 | $925.05 | |
| | | **Payoffs/Payments** | | |
| $107,807.05 | | Payoff to Ocwen Loan Servicing | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Government recording charges | $103.50 | |
| $875.00 | | State tax/stamps Deed $875.00 Mortgage $ to Official Records Department | | |
| $18.00 | | E-Recording to Simplifile | $9.00 | |
| | | **Commissions** | | |
| | | --$2,500.00 to Future Home Realty Inc | | |
| | | --$2,500.00 to 5 Star Plus Real Estate Services | | |
| $5,000.00 | | Commission paid at settlement | | |
| $2,500.00 | | 2% Commission to BK Global | | |
| | | **Title Charges** | | |
| | | Title services and lender's title insurance | $1,295.00 | |
| $1,250.00 | | Settlement or closing fee to Ocean Title, LLC $1,295.00 | | |
| $700.00 | | Owner's title insurance to Old Republic National Title Insurance Company | | |
| $350.00 | | Title Search to Ocean Title, LLC / ATFS | | |
| | | **Miscellaneous Charges** | | |
| | | Courier/ Fed Ex Fee to Ocean Title, LLC | $50.00 | |
| | | Wire Fee to Ocean Title, LLC | $70.00 | |
| $400.00 | | Lien Search to Ocean Title, LLC | | |
| $6,250.00 | | BK Estate Fee to Douglas Menchise, BK Trustee for the estate of Carmen Santana | | |
| $100.00 | | Record Motion to Sell to Clerk of Courts | | |
| $650.00 | | Trustee Liability Insurance to Douglas Menchise, BK Trustee for the estate of Carmen Santana | | |
| | | 2018 Taxes pd $954.86 11/29/18 to Pinellas County Tax Collector - POC by lender $954.86 | | |
| $25.00 | | Scan / Imaging / Storage Fee to Ocean Title, LLC | $25.00 | |
| | | 3rd party Notary Fee to Superior Notary Services | $150.00 | |

Exhibit "A"

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Survey Fee, Plot Plan to Ocean Title LLC | $275.00 | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $125,925.05 | $125,925.05 | Subtotals | $127,902.55 | $25,000.00 |
| | | Due from Buyer | | $102,902.55 |
| | $0.00 | Due from Seller | | |
| $125,925.05 | $125,925.05 | Totals | $127,902.55 | $127,902.55 |

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. We/I authorize Ocean Title LLC to cause the funds to be disbursed in accordance with this statement.

Ten Stars Plus Investments, LLC, a Florida Limited Liability Company

By: _____  Date _____  Douglas Menchise, BK Trustee for the estate of Carmen Santana  Date _____
Chant Karajian, Manager

Settlement Agent _____  Date _____