UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: CARMEN SANTANA | CASE NO: 8:18-bk-06468-RCT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 12/18/2018, I did cause a copy of the following documents, described below,

Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. 363(b), (f), and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and, (III

Exhibit A (HUD Settlement Statement)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/18/2018

/s/ Douglas N. Menchise, Esquire
Douglas N. Menchise, Esquire  214965
Douglas N. Menchise, P.A.
2963 Gulf to Bay Boulevard, Suite 300
Clearwater, FL  33759
727 797 8384

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: CARMEN SANTANA | CASE NO: 8:18-bk-06468-RCT |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 12/18/2018, a copy of the following documents, described below,

Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. 363(b), (f), and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and, (III

Exhibit A (HUD Settlement Statement)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Douglas N. Menchise, Esquire
Douglas N. Menchise, P.A.
2963 Gulf to Bay Boulevard, Suite 300
Clearwater, FL  33759

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
113A8
CASE 8-18-BK-06468-RCT
MIDDLE DISTRICT OF FLORIDA
TAMPA
MON DEC 17 16-42-44 EST 2018

PATRICK BUTLER
BK GLOBAL REAL ESTATE SERVICES
1095 BROKEN SOUND PKWY NW
SUITE 200
BOCA RATON FL 33487-3503

TANJA J CISLIEK
FUTURE HOME REALTY
10575 68TH AVENUE NORTH
SEMINOLE FL 33772-6023

~~EXCLUDE~~
~~ROBERTA A COLTON~~
~~TAMPA~~
~~FL~~

DEBTOR
CARMEN SANTANA
8035 71ST WAY LOT 1
PINELLAS PARK FL 33781-1951

US BANK NATIONAL ASSOCIATION AS TRUSTEE F
ROBERTSON ANSCHUTZ  SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

CHRISTOPHER PECK ESQUIRE
ALDRIDGE PITE LLP
1615 SOUTH CONGRESS AVE
SUITE 200
DELRAY BEACH FL 33445-6326

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4868

FIRST PREMIER BANK
PO BOX 5147
SIOUX FALLS SD 57117-5147

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS SD 57117-5519

MEDICAL BUSINESS CONSULTANTS
10510 SEMINOLE BLVD 2
LARGO FL 33778-4025

OCWEN LOAN SERVICING
ATTN BANKRUPTCY DEPT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSI
OF MHC RECEIVABLES LLC AND FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

TRANSWORLD SYSTEMS INC
1401 SAWGRASS CORP PKWY 119
SUNRISE FL 33323-2888

TRANSWORLD SYSTEMS INC
PO BOX 15609
WILMINGTON DE 19850-5609

TRANSWORLD SYSTEMS INC
PO BOX 17221
WILMINGTON DE 19850-7221

US BANK NATIONAL ASSN
ATTN BANKRUPTCY DEPT
MAC D3347-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

CM/ECF E-SERVICE
DOUGLAS N MENCHISE +
2963 GULF TO BAY BOULEVARD
SUITE 300
CLEARWATER FL 33759-4255

CM/ECF E-SERVICE
DOUGLAS N MENCHISE ATTORNEY FOR TRUSTEE +
2963 GULF TO BAY BOULEVARD
SUITE 300
CLEARWATER FL 33759-4255

CM/ECF E-SERVICE
UNITED STATES TRUSTEE   TPA713 +
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

CM/ECF E-SERVICE
RANDALL C HIEPE +
LAW OFFICE OF RANDALL C HIEPE
535 CENTRAL AVE STE 403
ST PETERSBURG FL 33701-3703

CM/ECF E-SERVICE
CHRISTOPHER P SALAMONE +
ROBERTSON ANSCHUTZ  SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

CM/ECF E-SERVICE
NOTE  ENTRIES WITH A + AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF