**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No. 8:18–bk–06468–RCT
                                                                Chapter 7
Carmen Santana


_____Debtor*_____/

## NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN THAT the hearing regarding Motion to Sell Property Free and Clear of Liens. Property description: 6251 – 66th Avenue North, Pinellas Park, Florida. (I) approve a short sale of real property free and clear of liens, claims, encumbrances, and interests pursuant to 11 U.S.C. 363(b), (f), and (m), (II) surcharge agreement between secured lender and the estate, and (III) other relief (6251 – 66th Avenue North, Pinellas Park, Florida; and Notice of Hearing , (Document No. 26) filed by Trustee Douglas N Menchise, originally scheduled for January 9, 2019 at 10:00 AM, has been rescheduled .

The hearing has been rescheduled and will be held on January 29, 2019 at 10:00 AM in Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602.

Avoid delays. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.


                                FOR THE COURT
Dated: January 4, 2019          Sheryl L. Loesch , Clerk of Court
                                Sam M. Gibbons United States Courthouse
                                801 North Florida Avenue, Suite 555
                                Tampa, FL 33602


The Clerk's office is directed to serve a copy of this notice on interested parties.


*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.