

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/29/2019 10:00 AM

COURTROOM 9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:18-bk-06468-RCT | 7 | 08/02/2018 |

**Chapter 7**

**DEBTOR:**  Carmen Santana

**DEBTOR ATTY:**  Randall Hiepe

**TRUSTEE:**  Douglas Menchise

**HEARING:**

Motion to Sell Property Free and Clear of Liens. Property description: 6251 - 66th Avenue North, Pinellas Park, Florida. (I) approve a short sale of real property free and clear of liens, claims, encumbrances, and interests pursuant to 11 U.S.C. 363(b), (f), and (m), (II) surcharge agreement between secured lender and the estate, and (III) other relief (6251 - 66th Avenue North, Pinellas Park, Florida; and Notice of Hearing. (Verify Fee) Filed by Trustee Douglas N Menchise (Doc. 26)
- Limited Objection to CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C.§ 363(b), (f), AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND, (III) OTHER RELIEF (6251 66TH AVENUE NORTH, PINELLAS PARK, FLORIDA) Filed by April G Harriott on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2007-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2 (Doc. 27)
.

**APPEARANCES:**:   KEITH LABELL, DOUGLAS MENCHISE.

**RULING:**
Motion to Sell Property Free and Clear of Liens. Property description: 6251 - 66th Avenue North, Pinellas Park, Florida. (I) approve a short sale of real property free and clear of liens, claims, encumbrances, and interests pursuant to 11 U.S.C. 363(b), (f), and (m), (II) surcharge agreement between secured lender and the estate, and (III) other relief (6251 - 66th Avenue North, Pinellas Park, Florida; and Notice of Hearing. (Verify Fee) Filed by Trustee Douglas N Menchise (Doc. 26) -   GRANTD; ORDER BY THE TRUSTEE.
- Limited Objection to CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C.§ 363(b), (f), AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND, (III) OTHER RELIEF (6251 66TH AVENUE NORTH, PINELLAS PARK, FLORIDA) Filed by April G Harriott on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2007-2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2 (Doc. 27)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.