ORDERED.

**Dated:  February 01, 2019**

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Carmen Santana | ) | Case # 8:18-bk-06468-RCT |
| | ) | Chapter 7 |
| | ) | |
| _____ Debtor(s) _____ | ) | |

ORDER GRANTING TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL
PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND
INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m), (II) SURCHARGE
AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE,
AND, (III) OTHER RELIEF
(6251 66 Ave Pinellas Park, FL 33781)

THIS CASE came before the court on January 29, 2019, to consider Chapter 7 Trustee

Douglas Menchise's ("Trustee") _MOTION TO (I) APPROVE A SHORT SALE OF REAL_

_PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS_

_PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M), (II) SURCHARGE AGREEMENT_

_BETWEEN SECURED LENDER AND THE ESTATE, AND, (III) OTHER RELIEF_ (the

"Motion") (Docket No. 26) and _LIMITED OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION_

_TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS,_

_CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND_

*(M), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE,*

*AND, (III) OTHER RELIEF* (the "Objection") (Docket No. 27)  For the reasons stated in open

court and recorded on the record which shall constitute the decision of the Court, accordingly, it

is:

**ORDERED** and **ADJUDGED** as follows:

1.      The notice of the Motion is approved as proper and adequate under the

circumstances.

2.      The Motion is GRANTED.

3.      The Objection is SUSTAINED as to the purchase price of $125,000.00, and the

closing date which is to take place within ninety (90) days of the entry of this Order.

4.      The Trustee is authorized to sell the real property located at:

Lot 16, DETRAZ SUBDIVISION, according to the map or plat thereof as recorded in
Plat Book 55, Page 38, Public Records of Pinellas County, Florida.

and more commonly known as 6251 66 Ave North, Pinellas Park, FL 33781 (the "Real

Property"), for $125,000.00, conditioned on the consent of its lienholder(s), and in accordance

with the terms provided for in the Motion.

5.      The Trustee is authorized to pay the secured mortgage creditor or its servicer,

Ocwen Loan Servicing, LLC, (also known as "Secured Creditor") the full amount of their lien as

of the date of closing or an amount agreeable to the Secured Creditor to release their lien.

6.      The Trustee is authorized to take any all actions and to execute any and all

documents necessary and appropriate to effectuate and consummate the terms of said sale,

including, executing a deed conveying the interests of the Debtor in the Real Property to Ten

Stars Plus Investments, LLC (the "Buyer").

7.      Pursuant to Section 363(f) of the Bankruptcy Code, effective upon closing, the sale of the Real Property will vest in the Buyer(s) all right, title and interest of the Debtors and the bankruptcy estate in the Real Property, free and clear of the liens, claims or interests listed below (collectively, the "Affected Interests"):

1. Carmen Santana, Debtor, name on deed
2. Ocwen Loan Servicing, LLC - mortgage lienholder

8.      This Order is and shall be effective as a determination that, upon and subject to the occurrence of the closing of the sale, all Affected Interests have been and hereby are adjudged and declared to be unconditionally released as to the Real Property.

9.      The Buyer has not assumed any liabilities of the Debtor.

10.     The Trustee, and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real property taxes and outstanding post-petition real property taxes pro-rated as of the closing with respect to the real property included among the purchased assets; and (b) other anticipated closing costs (estimated below):

Total Sales/Brokers Commission:
| | |
|---|---|
| 2% to Future Home Realty, LLC | $2,500.00 |
| 2% to 5 Star Plus Real Estate Services | $2,500.00 |
| 2% to BK Global Real Estate Services | $2,500.00 |

Bankruptcy Estate carve out in the amount of $6,250.00.

Customary Title Charges in the subject county not to exceed those amounts on the closing statement approved by the Secured Loan Creditor or as may be referenced in the Motion to Sell;

Necessary and Required Government recording costs, stamps, taxes and transfer charges;

Other Charges / Debits not to exceed those customary amounts in the subject county as on the closing statement approved by the Secured Loan Creditor or as may be referenced in the Motion to Sell;

    Satisfaction of Liens:
    Ocwen Loan Servicing, LLC (home mortgage servicer)
    -an approximate amount of $107,767.29

Without further order of the court, the Trustee and/or Title Company as Closing or Escrow Agent is authorized to pay costs from closing in amounts different than the estimated amounts described or referred to herein so long as they are within industry standard and with the consent of the lienholder, Secured Creditor and applicable home owners association.

11.    Except as otherwise provided in the Motion, the Real Property shall be sold, transferred, and delivered to Buyers on an "as is, where is" or "with all faults" basis.

12.    Buyer is approved as a buyers in good faith in accordance with Section 363(m) of the Bankruptcy Code, and Buyer shall be entitled to all protections of Section 363(m) of the Bankruptcy Code.

13.    This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and the purchase agreement, all amendments thereto, any waivers and consents thereunder, and each of the documents executed in connection therewith in all respects, including retaining jurisdiction to (a) compel delivery of the Real Property to the Buyer(s), (b) resolve any disputes arising under or related to the purchase agreement, and (c) resolve any disputes regarding liens, claims, or interests asserted against the Real Property.

14.    The purchase agreement and any related documents or other instruments may be modified, amended or supplemented by the parties thereto, in a writing signed by both parties without further order of the Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Debtors' bankruptcy estate.

15.    This Order is subject to the short sale lender's limited objection which was heard in open court and it is agreed that the sales price must be equal to or greater than $125,000.00 and the closing is to occur and be funded within 90 days of entry of this Order.

Douglas Menchise, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.